# NEWTECH

HAZARD PREDICTION, WARNING AND REPORTING

**BRUHN NewTech, Inc.**
10500 Little Patuxent Parkway, Suite 680
Columbia, MD 21044-3585
Phone: 410-884-1700 — Fax: 410-884-6171

Marine Corps System Command
2033 Barnett Avenue
Suite 315
Quantico, VA  22134-5010

April 17, 1998
Our ref.: NWT/297503/LET/010

Attention:  Mr. Mark Crawford
Contracting Officer

Re.: Solicitation M67854-98-R-2076

Dear Mr. Crawford:

**BRUHN NewTech, Inc**. is pleased to submit the accompanying proposal in response to Solicitation M67854-98-R-2076.

1. Please note that in addition to the information supplied in the RFP, we have also included 2 pages we identify as "RFP M67854-98-R-2076 Supplement to Terms & Conditions", dated April 17, 1998 for inclusions in the contract.

2. It appears that clause 52.227-23 on Page 20 has no applicability to our RFP since there is no requirement to submit technical data or manuals with our proposal.

3. CLIN's 0005 and 0008 will be provided in accordance with Purchase Description (PD) paragraphs 3.4.1 and 3.4.2, respectively.

4. On page 6 of the SOW, in paragraphs 3.3.6 & 3.3.7, you refer to "Option 1 software, and Option 2 software".  We are certain that you actually mean "Option 3.3.1 software, and Option 3.3.2 software".

5. On page 5 of the PD, in paragraph 3.4.3, reference is made to "section 3.1.3", however it does not state that this is SOW 3.1.3.  Since there is no PD 3.1.3, we assume the reference to be to the SOW 3.1.3.

6. In the new RFP that was provided to us via FED-Ex on April 16, 1998, the CDRL's that were previously provided on the earlier DRAFT RFP were not included.  Since these CDRL's were referenced in the CLIN's, we have photocopied them from the earlier document you provided and made them a part of the proposal submitted herein.

We look forward to receiving the award of this contract.  Please let us know how we might further assist you.


Sincerely,
**BRUHN NewTech, Inc.**

Bruce P. Windesheim
Vice President

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NUMBER M67854-97-PR-SC0082 | | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER M67854-98-R-2076 | | 6. SOLICITATION ISSUE DATE 03/30/98 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Mark R. Crawford | | b. TELEPHONE NUMBER *(No collect calls)* (703) 978-1407 | | 8. OFFER DUE DATE/ LOCAL TIME 04/30/98 |

**9. ISSUED BY** CODE M67854

MARINE CORPS SYSTEMS COMMAND
2033 BARNETT AVE.
SUITE 315
QUANTICO VA 22134-5010

**10. THIS ACQUISITION IS**
[X] UNRESTRICTED
[ ] SET ASIDE: ____ % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISAV. BUSINESS
[ ] 8(A)
SIC: 7372
SIZE STANDARD: $18M

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS**
NET 30 DAYS

**13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING**

**14. METHOD OF SOLICITATION**
[ ] RFQ   [ ] IFB   [X] RFP

| 15. DELIVER TO SEE SCHEDULE | CODE | 16. ADMINISTERED BY | CODE |
|---|---|---|---|

**17a. CONTRACTOR/ OFFEROR** CODE 07WUO   FACILITY CODE

BRUHN NewTech Inc.
10500 Little Patuxent Pkwy. Suite 680
Columbia, MD 21044-3585
TELEPHONE NO. 410-884-1700 DUNS:956066633

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED**
[ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | *(Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   [ ] ARE   [X] ARE   [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR IS ATTACHED. ADDENDA   [ ] ARE   [ ] ARE NOT ATTACHED

**28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES**
TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29. AWARD OF CONTRACT: REFERENCE ____ OFFER**
DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**
*Bruce P. Windesheim*

**31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)***

| 30b. NAME AND TITLE OF SIGNER Bruce P. Windesheim Vice President | 30c. DATE SIGNED 4/17/98 | 31b. NAME OF CONTRACTING OFFICER | 31c. DATE SIGNED |
|---|---|---|---|

**32a. QUANTITY IN COLUMN 21 HAS BEEN**
[ ] RECEIVED   [ ] INSPECTED   [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

| 33. SHIP NUMBER PARTIAL \| FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|

**36. PAYMENT**
[ ] COMPLETE   [ ] PARTIAL   [ ] FINAL

**37. CHECK NUMBER**

**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE**   **32c. DATE**

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**

**42a. RECEIVED BY *(Print)***

**41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER**   **41c. DATE**

**42b. RECEIVED AT *(Location)***

| 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

**STANDARD FORM 1449** (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

BROHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

2

SECTION SF 1449 (CONTINUATION SHEET)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 1.00000 | LO | | |
| | NBC Analysis Software | | | | |
| | IAW Statement of Work 3.1.2 | | | | |

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0002 | | 1.00000 | LO | | |
| | Training Material | | | | |
| | IAW Exhibit A DD1423 | | | | |

NSP

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0003 | | | LO | | |
| | Contractor Training Course | | | | |
| | IAW Statement of Work 3.1.4.1 | | | | |

The price offered is for the I&KPT for
the DOS version delivery.  Pricing for
the I&KPT for the UNIX & WIN 32 version
deliveries are included in the pricing
for CLIN 005 & CLIN 008, respectively.

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0004 | | 1.00000 | LO | | |
| | Commercial Software Manual | | | | |
| | IAW Exhibit B and C DD 1423 | | | | |

NET AMT

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

3

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0005 | | 1.00000 | LO | | |

OPTION NBC UNIX with ANBACIS
IAW Statement of Work 3.3.1 and 3.3.3

Option valid for 180 days
after basic contract award

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0006 | | 1.00000 | LO | | |

OPTION MICAD Module
IAW Statement of Word 3.3.6

Option valid for 180 days
after basic contract award

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0007 | | 1.00000 | LO | | |

OPTION Port Airbase ACTD Module
IAW Statement of Work 3.3.7

Option valid for 180 days
after basic contract award

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0008 | | 1.00000 | LO | | |

OPTION NBC WIN 32 with ANBACIS
IAW Statement of Work 3.3.2 AND 3.3.3

Option valid for 180 days
after basic contract award

NET AMT

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

4

| ITEM NO 0009 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 1.00000 | LO | | |

OPTION Software Upgrade and Maintenance
IAW Statement of Work 3.3.5

```
Option valid for 180 days
after basic contract award
```



NET AMT

| ITEM NO 0010 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

OPTION Source Code
IAW Statement of Work 3.3.4

```
Option valid for 365 days
after basic contract award
```



NET AMT

| ITEM NO 0010AA | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 1.00000 | LO | | |

OPTION NBC Analysis DOS Software Code

```
Included as part of Item 0010, above
```

NSP

NET AMT

| ITEM NO 0010AB | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 1.00000 | LO | | |

OPTION NBC Analysis WIN32 Software Code

```
Included as part of Item 0010, above
```

NSP

NET AMT

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Gov't | Destination | Gov't |

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

5

| 0002 | IAW 1423 | IAW 1423 | IAW 1423 | IAW 1423 |
| 0003 | Destination | Gov't | Destination | Gov't |
| 0004 | IAW 1423 | IAW 1423 | IAW 1423 | IAW 1423 |
| 0005 | Destination | Gov't | Destination | Gov't |
| 0006 | Destination | Gov't | Destination | Gov't |
| 0007 | Destination | Gov't | Destination | Gov't |
| 0008 | Destination | Gov't | Destination | Gov't |
| 0009 | Destination | Gov't | Destination | Gov't |
| 0010 | Destination | Gov't | Destination | Gov't |
| 0010AA | Destination | Gov't | Destination | Gov't |
| 0010AB | Destination | Gov't | Destination | Gov't |

SECTION E Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE:

| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-4 | Inspection Of Services Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |

RFP M67854-98-R-2076 Supplement to Terms and Conditions,
dated April 17, 1998

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD  21044-3585

6

SECTION F Deliveries or Performance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-15 Alt I | Stop-Work Order Alternate I | APR 1984 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |

| ITEM | DELIVERY DATE/PERIOD OF PERFORMANCE |
|---|---|
| 0001 | 30 Days after Contract award. |
| 0002 | IAW Exhibit A DD 1423. |
| 0003 | 30 Days after Contract award. |
| 0004 | IAW Exhibit B and C DD 1423. |
| 0005 | 150 Days after Option exercise. |
| 0006 | 150 Days after Option exercise. |
| 0007 | 150 Days after Option exercise. |
| 0008 | 240 Days after Option exercise. |
| 0009 | Period of Performance 2 yrs from delivery. |
| 0010AA | 30 Days after Option exercise. |
| 0010AB | 30 Days after Option exercise. |

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD  21044-3585                    7

SECTION G Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE:

252.242-7000    Postaward Conference                      DEC 1991

CLAUSES INCORPORATED BY FULL TEXT

## INVOICES (SUPPLIES)

The contractor shall submit invoices, in quadruplicate, to the following address:

> Defense Finance and Accounting Service
> Kansas City Center (DFAS-KC/FE)
> 1500 East 19th Street
> Kansas City, MO  64197-0013

The Marine Corps activity receiving the contracted supplies shall forward a receiving/acceptance report (DD Form 250 or 1155, NAVCOMPT 2277, local form, etc.) separately to DFAS-KC.  The report shall include the following information:

Date invoice received     _____
Date services received    _____
Date services accepted    _____
Date invoice sent to DFAS _____

Section H

Option Line Items 0005, 0006, 0007, 0008, 0009, 0010AA, and 0010AB shall be exercised not more than 180 days after contract award.

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway                    8
Suite 680
Columbia, MD 21044-3585

SECTION I Contract Clauses

CLAUSES INCORPORATED BY REFERENCE:

| 52.202-1 | Definitions | OCT 1995 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printing/Copying Double-Sided on Recycled Paper | JUN 1996 |
| 52.208-8 | Helium Requirement Forecast And Required Sources For Helium | JUN 1997 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.212-1 | Instructions to Offerors--Commercial Items | JUN 1997 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | MAY 1997 |
| 52.213-1 | Fast Payment Procedure | FEB 1998 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.219-8 | Utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns | JUN 1997 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 1995 |
| 52.222-20 | Walsh-Healy Public Contracts Act | DEC 1996 |
| 52.222-26 | Equal Opportunity | APR 1984 |
| 52.222-35 | Affirmative Action For Special Disabled And Vietnam Era Veterans | APR 1984 |
| 52.222-36 | Affirmative Action For Handicapped Workers | APR 1984 |
| 52.222-37 | Employment Reports On Special Disabled Veterans And Veterans Of The Vietnam Era | JAN 1988 |
| 52.223-2 | Clean Air And Water | APR 1984 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | MAR 1997 |
| 52.223-6 | Drug Free Workplace | JAN 1997 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 1996 |
| 52.224-1 | Privacy Act Notification | APR 1984 |
| 52.224-2 | Privacy Act | APR 1984 |
| 52.225-11 | Restrictions On Certain Foreign Purchases | OCT 1996 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | SEP 1996 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copy Infringement | AUG 1996 |
| 52.229-4 | Federal, State And Local Taxes (Noncompetitive Contract) | JAN 1991 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | MAY 1997 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

9

| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-33 | Mandatory Information for Electronic Funds Transfer Payment | AUG 1996 |
| 52.232-34 | Optional Information for Electronic Funds Transfer Payment | AUG 1996 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 252.203-7000 | Statutory Prohibition On Compensation To Former Department Of Defense Employees | NOV 1995 |
| 252.203-7001 | Special Prohibition On Employment | JUN 1997 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.225-7012 | Preference For Certain Domestic Commodities | FEB 1997 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.227-7027 | Deferred Ordering Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7030 | Technical Data--Withholding Of Payment | OCT 1988 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.235-7000 | Indemnification Under 10 U. S. C. 2354 Fixed Price | DEC 1991 |
| 252.239-7000 | Protection Against Compromising Emanations | DEC 1991 |

## CLAUSES INCORPORATED BY FULL TEXT

52.212-2    EVALUATION--COMMERCIAL ITEMS (OCT 1997)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

_____

(Contracting Officer shall insert the significant evaluation factors, such as (i) technical capability of the item offered to meet the Government requirement; (ii) price; (iii) past performance (see FAR 15.304) and include them in the relative order of importance of the evaluation factors, such as in descending order of importance.)

Technical and past performance, when combined, are _____. (Contracting Officer state, in accordance with FAR 15.304, the relative importance of all other evaluation factors, when combined, when compared to price.)

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

10

52.212-3   OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (JAN 1997)

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the standard industrial classification code designated.

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

"Small disadvantaged business concern" means a small business concern that--

(1) Is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business, having at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals, and

(2) Has its management and daily business controlled by one or more such individuals. This term also means a small business concern that is at least 51 percent unconditionally owned by an economically disadvantaged Indian tribe or Native Hawaiian organization, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more of these entities, which has its management and daily business controlled by members of an economically disadvantaged Indian tribe or Native Hawaiian organization and which meets the requirements of 13 CFR Part 124.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer identification number (TIN) (26 U.S.C. 6050M). (1) Taxpayer Identification Number (TIN).

[ ] TIN: 52-200726          .
[ ] TIN has been applied for.
[ ] TIN is not required because:
[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
[ ] Offeror is an agency or instrumentality of a foreign government;
[ ] Offeror is an agency or instrumentality of a Federal, state, or local government;
[ ] Other. State basis._____

(2) Corporate Status.

[ ] Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;
[X] Other corporate entity;
[ ] Not a corporate entity:

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

11

[ ] Sole proprietorship
[ ] Partnership
[ ] Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(3) Common Parent.

[ ] Offeror is not owned or controlled by a common parent:
[X] Name and TIN of common parent:
Name   BRUHN NewTech International A/S
TIN    N/A

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States, its territories or possessions, Puerto Rico, the Trust Territory of the Pacific Islands, or the District of Columbia. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a small business concern.

(2) Small disadvantaged business concern. The offeror represents that it {time} is, {time} is not a small disadvantaged business concern.

(3) Women-owned small business concern. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.

Note: Complete paragraphs (c)(4) and (c)(5) only if this solicitation is expected to exceed the simplified acquisition threshold.

(4) Women-owned business concern. The offeror represents that it [ ] is, [X] is not, a women-owned business concern.

(5) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_____

(6) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

12

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

(d) Certifications and representations required to implement provisions of Executive Order 11246--

(1) Certification of non-segregated facilities. (Applies only if the contract amount is expected to exceed $10,000)--

By submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees, any facilities that are segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise and that it does not and will not permit its employees to perform their services at any location where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(2) Previous Contracts and Compliance. The offeror represents that--

(i) It [ ] has, [X] has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order 10925, or the clause contained in Section 201 of Executive Order 11114; and

(ii) It [ ] has, [x] has not, filed all required compliance reports.

(3) Affirmative Action Compliance. The offeror represents that--

(i) It [ ] has developed and has on file, [x] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It [x] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act--Trade Agreements--Balance of Payments Program Certificate. (Applies only if FAR clause 52.225-9, Buy American Act - Trade Agreement - Balance of Payments Program, is included in this

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

13

solicitation.)

(1) The offeror hereby certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product (as defined in the clause entitled "Buy American Act - Trade Agreements--Balance of Payments Program") and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States, a designated country, a North American Free Trade Agreement (NAFTA) country, or a Caribbean Basin country, as defined in section 25.401 of the Federal Acquisition Regulation.

(2) Excluded End Products:

LINE ITEM NO.  COUNTRY OF ORIGIN

_____    _____

_____    _____

(List as necessary)

(3) Offers will be evaluated by giving certain preferences to domestic end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (f)(2) of this provision, offerors must identify and certify below those excluded end products that are designated or NAFTA country end products, or Caribbean Basin country end products. Products that are not identified and certified below will not be deemed designated country end products, NAFTA country end products, or Caribbean Basin country end products. Offerors must certify by inserting the applicable line item numbers in the following:

(i) The offeror certifies that the following supplies qualify as "designated or NAFTA country end products" as those terms are defined in the clause entitled "Buy American Act - Trade Agreements - Balance of Payments Program:"

NBC - ANALYSIS SOFTWARE AND CODES
_____

(Insert line item numbers)

(ii) The offeror certifies that the following supplies qualify as "Caribbean Basin country end products" as that term is defined in the clause entitled "Buy American Act - Trade Agreements - Balance of Payments Program":

_____

_____

(Insert line item numbers)

(4) Offers will be evaluated in accordance with FAR Part 25.

(g)(1) Buy American Act - North American Free Trade Agreement Implementation Act--Balance of Payments Program. (Applies only if FAR clause 52.225-21, Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program, is included in this solicitation.)

(i) The offeror certifies that each end product being offered, except those listed in paragraph (g)(1)(ii) of this provision, is a domestic end product (as defined in the clause entitled ``Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program," and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States.*

solicitation.)

(1) The offeror hereby certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product (as defined in the clause entitled "Buy American Act - Trade Agreements--Balance of Payments Program") and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States, a designated country, a North American Free Trade Agreement (NAFTA) country, or a Caribbean Basin country, as defined in section 25.401 of the Federal Acquisition Regulation.

(2) Excluded End Products:

LINE ITEM NO.  COUNTRY OF ORIGIN

_____  _____

_____  _____

(List as necessary)

(3) Offers will be evaluated by giving certain preferences to domestic end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (f)(2) of this provision, offerors must identify and certify below those excluded end products that are designated or NAFTA country end products, or Caribbean Basin country end products. Products that are not identified and certified below will not be deemed designated country end products, NAFTA country end products, or Caribbean Basin country end products. Offerors must certify by inserting the applicable line item numbers in the following:

(i) The offeror certifies that the following supplies qualify as "designated or NAFTA country end products" as those terms are defined in the clause entitled "Buy American Act - Trade Agreements - Balance of Payments Program:"

NBC-ANALYSIS SOFTWARE AND CODES
_____

(Insert line item numbers)

(ii) The offeror certifies that the following supplies qualify as "Caribbean Basin country end products" as that term is defined in the clause entitled "Buy American Act - Trade Agreements - Balance of Payments Program":

_____

_____

(Insert line item numbers)

(4) Offers will be evaluated in accordance with FAR Part 25.

(g)(1) Buy American Act - North American Free Trade Agreement Implementation Act--Balance of Payments Program. (Applies only if FAR clause 52.225-21, Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program, is included in this solicitation.)

(i) The offeror certifies that each end product being offered, except those listed in paragraph (g)(1)(ii) of this provision, is a domestic end product (as defined in the clause entitled ``Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program," and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States.*

BRUHN NewTech, inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

14

(ii) Excluded End Products:

LINE ITEM NO.  COUNTRY OF ORIGIN

_____  N/A _____

_____  _____

(List as necessary )

(iii) Offers will be evaluated by giving certain preferences to domestic end products or NAFTA country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (g)(1)(ii) of this provision, offerors must identify and certify below those excluded end products that are NAFTA country end products. Products that are not identified and certified below will not be deemed NAFTA country end products. The offeror certifies that the following supplies qualify as ``NAFTA country end products'' as that term is defined in the clause entitled ``Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program'':

_____ N/A _____  _____
_____  _____(Insert line item numbers)*

(iv) Offers will be evaluated in accordance with FAR Part 25 of the Federal Acquisition Regulation.  In addition, if this solicitation is for supplies for use outside the United States, an evaluation factor of 50 percent will be applied to offers of end products that are not domestic or NAFTA country end products.


52.212-5    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (AUG. 1996)

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755); and

(2) 52.233-3, Protest After Award (31 U.S.C 3553).

(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

____ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

____ (2) 52.203-10, Price or Fee Adjustment for Illegal or Improper Activity (41 U.S.C. 423).

_x_ (3) 52.219-8, Utilization of Small Business Concerns and Small Disadvantaged Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

____ (4) 52.219-9, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

____ (5) 52.219-14, Limitation on Subcontracting (15 U.S.C. 637(a)(14)).

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

15

_x_ (6) 52.222-26, Equal Opportunity (E.O. 11246).

_x_ (7) 52.222-35, Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 4212).

_x_ (8) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793).

____ (9) 52.222-37, Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

_x_ (10) 52.225-3, Buy American Act - Supplies (41 U.S.C. 10).

_x_ (11) 52.225-9, Buy American Act - Trade Agreements Act - Balance of Payments Program (41 U.S.C. 10, 19 U.S.C. 2501-2582).

____ (12) [Reserved]

____ (13) 52.225-18, European Union Sanction for End Products (E.O. 12849).

____ (14) 52.225-19, European Union Sanction for Services (E.O. 12849).

____ (15)(i) 52.225-21, Buy American Act - North American Free Trade Agreement Implementation Act - Balance of Payments Program (41 U.S.C 10, Pub. L. 103-187).

____ (15)(ii) Alternate I of 52.225-21.

____ (16) 52.239-1, Privacy or Security Safeguards (U.S.C. 552a).

____ (17) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

____ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et seq.).

____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway                          16
Suite 680
Columbia, MD 21044-3585

General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 2012(a));

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.- Flagged Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996).


52.216-1    TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Fixed Price contract resulting from this solicitation.


52.222-28    EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984)

Notwithstanding the clause of this contract entitled "Subcontracts," the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with equal opportunity requirements and therefore is eligible for award.


52.222-47    SCA MINIMUM WAGES AND FRINGE BENEFITS APPLICABLE TO SUCCESSOR CONTRACT PURSUANT TO PREDECESSOR CONTRACTOR COLLECTIVE BARGAINING AGREEMENT (CBA) (MAY 1989)

An SCA wage determination applicable to this work has been requested from the U.S. Department of Labor. If an SCA wage determination is not incorporated herein, the bidders/offerors shall consider the economic terms of the collective bargaining agreement (CBA) between the incumbent Contractor _____N/A_____ and the _____ _____ (union). If the economic terms of the collective bargaining agreement or the collective bargaining agreement itself is not attached to the solicitation, copies can be obtained from the Contracting Officer. Pursuant to Department of Labor Regulation, 29 CFR 4.1b and paragraph (b) of the

clause at 52.222-41, Service Contract Act of 1965, as amended, the economic terms of that agreement will apply to the contract resulting from this solicitation, notwithstanding the absence of a wage determination reflecting such terms, unless it is determined that the agreement was not the result of arm's length negotiations or that after a hearing pursuant to section 4(c) of the Act, the economic terms of the agreement are substantially at variance with the wages prevailing in the area.

## 52.223-7    NOTICE OF RADIOACTIVE MATERIALS (JAN 1997)

(a) The Contractor shall notify the Contracting Officer or designee, in writing, _____* days prior to the delivery of, or prior to completion of any servicing required by this contract of, items containing either (1) radioactive material requiring specific licensing under the regulations issued pursuant to the Atomic Energy Act of 1954, as amended, as set forth in Title 10 of the Code of Federal Regulations, in effect on the date of this contract, or (2) other radioactive material not requiring specific licensing in which the specific activity is greater than 0.002 microcuries per gram or the activity per item equals or exceeds 0.01 microcuries. Such notice shall specify the part or parts of the items which contain radioactive materials, a description of the materials, the name and activity of the isotope, the manufacturer of the materials, and any other information known to the Contractor which will put users of the items on notice as to the hazards involved (OMB No. 9000-0107).

* The Contracting Officer shall insert the number of days required in advance of delivery of the item or completion of the servicing to assure that required licenses are obtained and appropriate personnel are notified to institute any necessary safety and health precautions. See FAR 23.601(d).

(b) If there has been no change affecting the quantity of activity, or the characteristics and composition of the radioactive material from deliveries under this contract or prior contracts, the Contractor may request that the Contracting Officer or designee waive the notice requirement in paragraph (a) of this clause. Any such request shall--

(1) Be submitted in writing;

(2) State that the quantity of activity, characteristics, and composition of the radioactive material have not changed; and

(3) Cite the contract number on which the prior notification was submitted and the contracting office to which it was submitted.

(c) All items, parts, or subassemblies which contain radioactive materials in which the specific activity is greater than 0.002 microcuries per gram or activity per item equals or exceeds 0.01 microcuries, and all containers in which such items, parts or subassemblies are delivered to the Government shall be clearly marked and labeled as required by the latest revision of MIL-STD 129 in effect on the date of the contract.

(d) This clause, including this paragraph (d), shall be inserted in all subcontracts for radioactive materials meeting the criteria in paragraph (a) of this clause.

## 52.223-9    CERTIFICATION AND ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA DESIGNATED ITEMS (OCT 1997)

(a) As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(j)(2)(C)), the Contractor shall execute the following certification:

Certification         N/A

I,_____ (name of certifier), am an officer or employee responsible for the performance of this contract

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

18

and hereby certify that the percentage of recovered material content for EPA Designated Items was at least the amount required by the applicable contract specifications.

------------------------------------------------------------------
[Signature of the Officer or Employee]

------------------------------------------------------------------
[Typed Name of the Officer or Employee]

------------------------------------------------------------------
[Title]

------------------------------------------------------------------
[Name of Company, Firm, or Organization]

------------------------------------------------------------------
[Date]

(End of certification)

(b) The Contractor also shall estimate the percentage of recovered materials actually used in the performance of this contract. The estimate is in addition to the certification in paragraph (a) of this clause.

Estimate  N / A

| EPA designated item | Total dollar value of EPA designated item | Percentage of recovered material content |
| --- | --- | --- |
| | .......... | .......... |
| | .......... | .......... |
| | .......... | .......... |

Where applicable, also include the percentage of postconsumer material content.

(c) The Contractor shall submit this certification and estimate upon completion of the contract to

------------------------------------------------------------------

52.223-10    WASTE REDUCTION PROGRAM (OCT 1997)

(a) Definition. "Waste reduction," as used in this clause, means preventing or decreasing the amount of waste being generated through waste prevention, recycling, or purchasing recycled and environmentally preferable products.

(b) Consistent with the requirements of Section 701 of Executive Order 12873, the Contractor shall establish a program to promote cost-effective waste reduction in all operations and facilities covered by this contract. Any such program shall comply with applicable Federal, State, and local requirements, specifically including Section 6002 of the Resource Conservation and Recovery Act (42 U.S.C. 6901, et seq.) and implementing regulations.

52.223-11    OZONE-DEPLETING SUBSTANCES (JUN 1996)

(a) Definitions. Ozone-depleting substance, as used in this clause, means any substance designated as Class I by the Environmental Protection Agency (EPA) (40 CFR Part 82), including but not limited to chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or any substance designated as Class II by EPA (40 CFR Part 82), including but not limited to hydrochlorofluorocarbons.

(b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

``WARNING: Contains (or manufactured with, if applicable) _*, a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere."--------------------------

* The Contractor shall insert the name of the substance(s).


52.227-19    COMMERCIAL COMPUTER SOFTWARE--RESTRICTED RIGHTS (JUN 1987)

(a) As used in this clause, "restricted computer software" means any computer program, computer data base, or documentation thereof, that has been developed at private expense and either is a trade secret, is commercial or financial and confidential or privileged, or is published and copyrighted.

(b) Notwithstanding any provisions to the contrary contained in any Contractor's standard commercial license or lease agreement pertaining to any restricted computer software delivered under this purchase order/contract, and irrespective of whether any such agreement has been proposed prior to or after issuance of this purchase order/contract or of the fact that such agreement may be affixed to or accompany the restricted computer software upon delivery, vendor agrees that the Government shall have the rights that are set forth in paragraph (c) of this clause to use, duplicate or disclose any restricted computer software delivered under this purchase order/contract. The terms and provisions of this contract, including any commercial lease or license agreement, shall be subject to paragraph (c) of this clause and shall comply with Federal laws and the Federal Acquisition Regulation.

(c)(1) The restricted computer software delivered under this contract may not be used, reproduced or disclosed by the Government except as provided in subparagraph (c)(2) of this clause or as expressly stated otherwise in this contract.

(2) The restricted computer software may be--

(i) Used or copied for use in or with the computer or computers for which it was acquired, including use at any Government installation to which such computer or computers may be transferred;

(ii) Used or copied for use in or with backup computer if any computer for which it was acquired is inoperative;

(iii) Reproduced for safekeeping (archives) or backup purposes;

(iv) Modified, adapted, or combined with other computer software, provided that the modified, combined, or adapted portions of the derivative software incorporating any of the delivered, restricted computer software shall be subject to same restrictions set forth in this purchase order/contract;

(v) Disclosed to and reproduced for use by support service Contractors or their subcontractors, subject to

the same restrictions set forth in this purchase order/contract; and

(vi) Used or copied for use in or transferred to a replacement computer.

(3) If the restricted computer software delivered under this purchase order/contract is published and copyrighted, it is licensed to the Government, without disclosure prohibitions, with the rights set forth in subparagraph (c)(2) of this clause unless expressly stated otherwise in this purchase order/contract.

(4) To the extent feasible the Contractor shall affix a Notice substantially as follows to any restricted computer software delivered under this purchase order/contract; or, if the vendor does not, the Government has the right to do so: "Notice--Notwithstanding any other lease or license agreement that may pertain to, or accompany the delivery of, this computer software, the rights of the Government regarding its use, reproduction and disclosure are as set forth in Government Contract (or Purchase Order) No._____."

(d) If any restricted computer software is delivered under this contract with the copyright notice of 17 U.S.C. 401, it will be presumed to be published and copyrighted and licensed to the Government in accordance with subparagraph (c)(3) of this clause, unless a statement substantially as follows accompanies such copyright notice: "Unpublished--rights reserved under the copyright laws of the United States."

52.227-23    RIGHTS TO PROPOSAL DATA (TECHNICAL) (JUN 1987)

Except for data contained on pages _____, it is agreed that as a condition of award of this contract, and notwithstanding the conditions of any notice appearing thereon, the Government shall have unlimited rights (as defined in the "Rights in Data--General" clause contained in this contract) in and to the technical data contained in the proposal dated _____, upon which this contract is based.

52.232-25    PROMPT PAYMENT (JUN 1997)

Notwithstanding any other payment clause in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in section 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see subparagraph (a)(4) of this clause concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments. (1) Due date--(i) Except as indicated in subparagraph (a)(2) and paragraph (c) of this clause, the due date for making invoice payments by the designated payment office shall be the later of the following two events:

(A) The 30th day after the designated billing office has received a proper invoice from the Contractor (except as provided in subdivision (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed by the Contractor. On a final invoice where the payment amount is subject to contract settlement actions, acceptance shall be deemed to have occurred on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date shall be the 30th day after the date of the Contractor's invoice; provided a proper invoice is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments. (i) Due dates on Contractor invoices for meat, meat food products, or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are--

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is upon the Contractor making the representation.

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in subdivisions (a)(3)(i) through (a)(3)(viii) of this clause. If the invoice does not comply with these requirements, it shall be returned within 7 days after the date the designated billing office received the invoice (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, edible fats or oils, and food products prepared from edible fats or oils), with a statement of the reasons why it is not a proper invoice. Untimely notification will be taken into account in computing any interest penalty owed the Contractor in the manner described in subparagraph (a)(5) of this clause.

(i) Name and address of the Contractor.

(ii) Invoice date. (The Contractor is encouraged to date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, prompt payment discount terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to be notified in the event of a defective invoice.

(viii) Any other information or documentation required by the contract (such as evidence of shipment).

(ix) While not required, the Contractor is strongly encouraged to assign an identification number to each invoice.

(4) Interest penalty. An interest penalty shall be paid automatically by the designated payment office, without request from the Contractor, if payment is not made by the due date and the conditions listed in subdivisions (a)(4)(i) through (a)(4)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday when Federal Government offices are closed and Government business is not expected to be conducted, payment may be made on the following business day without incurring a late payment interest penalty.

(i) A proper invoice was received by the designated billing office.

(ii) A receiving report or other Government documentation authorizing payment was processed, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority (e.g., tariffs). This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice principal payment amount approved by the Government until the payment date of such approved principal amount; and will be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice principal payment amount and will be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the periods prescribed in subparagraph (a)(3) of this clause, the due date on the corrected invoice will be adjusted by subtracting from such date the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance shall be deemed to have occurred constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. In the event that actual acceptance occurs within the constructive acceptance period, the determination of an interest penalty shall be based on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The following periods of time will not be included in the determination of an interest penalty:

(A) The period taken to notify the Contractor of defects in invoices submitted to the Government, but this may not exceed 7 days (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils).

(B) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(C) For incorrect electronic funds transfer (EFT) information, in accordance with the EFT clause of this contract.

(iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1 need not be paid.

(iv) Interest penalties are not required on payment delays due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(6) Prompt payment discounts. An interest penalty also shall be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated as described in subparagraph (a)(5) of this clause on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

(7) Additional interest penalty. (i) If this contract was awarded on or after October 1, 1989, a penalty amount, calculated in accordance with subdivision (a)(7)(iii) of this clause, shall be paid in addition to the interest penalty amount if the Contractor--

(A) Is owed an interest penalty of $1 or more;

(B) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and

(C) Makes a written demand to the designated payment office for additional penalty payment, in accordance with subdivision (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) Contractors shall support written demands for additional penalty payments with the following data. No additional data shall be required. Contractors shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) Demands must be postmarked on or before the 40th day after payment was made, except that--

(1) If the postmark is illegible or nonexistent, the demand must have been received and annotated with the date of receipt by the designated payment office on or before the 40th day after payment was made; or

(2) If the postmark is illegible or nonexistent and the designated payment office fails to make the required annotation, the demand's validity will be determined by the date the Contractor has placed on the demand; provided such date is no later than the 40th day after payment was made.

(iii)(A) The additional penalty shall be equal to 100 percent of any original late payment interest penalty, except--

(1) The additional penalty shall not exceed $5,000;

(2) The additional penalty shall never be less than $25; and

(3) No additional penalty is owed if the amount of the underlying interest penalty is less than $1.

(B) If the interest penalty ceases to accrue in accordance with the limits stated in subdivision (a)(5)(iii) of this clause, the amount of the additional penalty shall be calculated on the amount of interest penalty that

would have accrued in the absence of these limits, subject to the overall limits on the additional penalty specified in subdivision (a)(7)(iii)(A) of this clause.

(C) For determining the maximum and minimum additional penalties, the test shall be the interest penalty due on each separate payment made for each separate contract. The maximum and minimum additional penalty shall not be based upon individual invoices unless the invoices are paid separately. Where payments are consolidated for disbursing purposes, the maximum and minimum additional penalty determination shall be made separately for each contract therein.

(D) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payments. (1) Due dates for recurring financing payments. If this contract provides for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the [insert day as prescribed by Agency head; if not prescribed, insert 30th day] day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(2) Due dates for other contract financing. For advance payments, loans, or other arrangements that do not involve recurring submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(3) Interest penalty not applicable. Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

52.243-7  NOTIFICATION OF CHANGES (APR 1984)

(a) Definitions. "Contracting Officer," as used in this clause, does not include any representative of the Contracting Officer. "Specifically authorized representative (SAR)," as used in this clause, means any person the Contracting Officer has so designated by written notice (a copy of which shall be provided to the Contractor) which shall refer to this subparagraph and shall be issued to the designated representative before the SAR exercises such authority.

(b) Notice. The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract. Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Administrative Contracting Officer in writing, within ___ calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions. On the basis of the most accurate information available to the Contractor, the notice shall state--

(1) The date, nature, and circumstances of the conduct regarded as a change;

(2) The name, function, and activity of each Government individual and Contractor official or employee involved in or knowledgeable about such conduct;

(3) The identification of any documents and the substance of any oral communication involved in such conduct;

(4) In the instance of alleged acceleration of scheduled performance or delivery, the basis upon which it arose;

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

25

(5) The particular elements of contract performance for which the Contractor may seek an equitable adjustment under this clause, including--

(i) What contract line items have been or may be affected by the alleged change;

(ii) What labor or materials or both have been or may be added, deleted, or wasted by the alleged change;

(iii) To the extent practicable, what delay and disruption in the manner and sequence of performance and effect on continued performance have been or may be caused by the alleged change;

(iv) What adjustments to contract price, delivery schedule, and other provisions affected by the alleged change are estimated; and

(6) The Contractor's estimate of the time by which the Government must respond to the Contractor's notice to minimize cost, delay or disruption of performance.

(c) Continued performance. Following submission of the notice required by (b) above, the Contractor shall diligently continue performance of this contract to the maximum extent possible in accordance with its terms and conditions as construed by the Contractor, unless the notice reports a direction of the Contracting Officer or a communication from a SAR of the Contracting Officer, in either of which events the Contractor shall continue performance; provided, however, that if the Contractor regards the direction or communication as a change as described in (b) above, notice shall be given in the manner provided. All directions, communications, interpretations, orders and similar actions of the SAR shall be reduced to writing and copies furnished to the Contractor and to the Contracting Officer. The Contracting Officer shall countermand any action which exceeds the authority of the SAR.

(d) Government response. The Contracting Officer shall promptly, within ___ calendar days after receipt of notice, respond to the notice in writing. In responding, the Contracting Officer shall either--

(1) Confirm that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance;

(2) Countermand any communication regarded as a change;

(3) Deny that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance; or

(4) In the event the Contractor's notice information is inadequate to make a decision under (1), (2), or (3) above, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(e) Equitable adjustments.

(1) If the Contracting Officer confirms that Government conduct effected a change as alleged by the Contractor, and the conduct causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any part of the work under this contract, whether changed or not changed by such conduct, an equitable adjustment shall be made--

(i) In the contract price or delivery schedule or both; and

(ii) In such other provisions of the contract as may be affected.

(2) The contract shall be modified in writing accordingly. In the case of drawings, designs or specifications which are defective and for which the Government is responsible, the equitable adjustment shall include the cost and time extension for delay reasonably incurred by the Contractor in attempting to comply with the

defective drawings, designs or specifications before the Contractor identified, or reasonably should have identified, such defect. When the cost of property made obsolete or excess as a result of a change confirmed by the Contracting Officer under this clause is included in the equitable adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of the property. The equitable adjustment shall not include increased costs or time extensions for delay resulting from the Contractor's failure to provide notice or to continue performance as provided, respectively, in (b) and (c) above.

NOTE: The phrases "contract price" and "cost" wherever they appear in the clause, may be appropriately modified to apply to cost- reimbursement or incentive contracts, or to combinations thereof.


52.244-1    SUBCONTRACTS (FIXED-PRICE CONTRACTS) (FEB 1995) - ALTERNATE I (APR 1984)

(a) This clause does not apply to firm-fixed-price contracts and fixed-price contracts with economic price adjustment. However, it does apply to subcontracts resulting from unpriced modifications to such contracts.

(b) "Subcontract," as used in this clause, includes but is not limited to purchase orders, and changes and modifications to purchase orders. The Contractor shall notify the Contracting Officer reasonably in advance of entering into any subcontract if the Contractor does not have an approved purchasing system and if the subcontract--

(1) Is proposed to exceed $100,000; or

(2) Is one of a number of subcontracts with a single subcontractor, under this contract, for the same or related supplies or services, that in the aggregate are expected to exceed $100,000.

(c) The advance notification required by paragraph (b) above shall include--

(1) A description of the supplies or services to be subcontracted;

(2) Identification of the type of subcontract to be used;

(3) Identification of the proposed subcontractor and an explanation of why and how the proposed subcontractor was selected, including the competition obtained;

(4) The proposed subcontract price and the Contractor's cost or price analysis;

(5) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions;

(6) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract; and

(7) A negotiation memorandum reflecting--

(i) The principal elements of the subcontract price negotiations;

(ii) The most significant considerations controlling establishment of initial or revised prices;

(iii) The reason cost or pricing data were or were not required;

(iv) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(v) The extent, if any, to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and subcontractor; and the effect of any such defective data on the total price negotiated;

(vi) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(vii) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(d) The Contractor shall obtain the Contracting Officer's written consent before placing any subcontract for which advance notification is required under paragraph (b) above. However, the Contracting Officer may ratify in writing any such subcontract. Ratification shall constitute the consent of the Contracting Officer.

(e) Even if the Contractor's purchasing system has been approved, the Contractor shall obtain the Contracting Officer's written consent before placing subcontracts identified below:

_____

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination (1) of the acceptability of any subcontract terms or conditions, (2) of the acceptability of any subcontract price or of any amount paid under any subcontract, or (3) to relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement subcontracts shall not exceed the fee limitations in subsection 15.903(d) of the Federal Acquisition Regulation (FAR).

(h) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(i) Paragraphs (b) and (c) of this clause do not apply to the following subcontracts, which were evaluated during negotiations: [list subcontracts]


52.244-1   SUBCONTRACTS (FIXED-PRICE CONTRACTS (OCT 1997)

(a) This clause does not apply to firm-fixed-price contracts and fixed-price contracts with economic price adjustment. However, it does apply to subcontracts resulting from unpriced modifications to such contracts.

(b) "Subcontract," as used in this clause, includes but is not limited to purchase orders, and changes and modifications to purchase orders. The Contractor shall notify the Contracting Officer reasonably in advance of entering into any subcontract if the Contractor does not have an approved purchasing system and if the subcontract--

(1) Is proposed to exceed $100,000; or

(2) Is one of a number of subcontracts with a single subcontractor, under this contract, for the same or related supplies or services, that in the aggregate are expected to exceed $100,000.

(c) The advance notification required by paragraph (b) above shall include--

(1) A description of the supplies or services to be subcontracted;

(2) Identification of the type of subcontract to be used;

(3) Identification of the proposed subcontractor and an explanation of why and how the proposed subcontractor was selected, including the competition obtained;

(4) The proposed subcontract price and the Contractor's cost or price analysis;

(5) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions;

(6) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract; and

(7) A negotiation memorandum reflecting--

(i) The principal elements of the subcontract price negotiations;

(ii) The most significant considerations controlling establishment of initial or revised prices;

(iii) The reason cost or pricing data were or were not required;

(iv) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(v) The extent, if any, to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and subcontractor; and the effect of any such defective data on the total price negotiated;

(vi) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(vii) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(d) The Contractor shall obtain the Contracting Officer's written consent before placing any subcontract for which advance notification is required under paragraph (b) above. However, the Contracting Officer may ratify in writing any such subcontract. Ratification shall constitute the consent of the Contracting Officer.

(e) Even if the Contractor's purchasing system has been approved, the Contractor shall obtain the Contracting Officer's written consent before placing subcontracts identified below:

_____none_____

_____

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination (1) of the acceptability of any subcontract terms or conditions, (2) of the acceptability of any subcontract price or of any amount paid under any subcontract, or (3) to relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement subcontracts shall not exceed the fee limitations in subsection 15.404-4(c)(4)(i) of the Federal Acquisition Regulation (FAR).

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680                    29
Columbia, MD 21044-3585

(h) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

52.244-6     SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS.
(OCT 1995)

(a) Definition.

Commercial item, as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

Subcontract, as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 4212(a));

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

52.246-17    WARRANTY OF SUPPLIES OF A NONCOMPLEX NATURE (APR 1984) -
ALTERNATE V(APR 1984)

(a)  Definitions.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing supplies, or approves specific services as partial or complete performance of the contract.

"Correction," as used in this clause, means the elimination of a defect.

"Supplies," as used in this clause, means the end item furnished by the Contractor and related services required under the contract. The word does not include "data."

(b) Contractor's obligations. (1) Notwithstanding inspection and acceptance by the Government of supplies furnished under this contract, or any condition of this contract concerning the conclusiveness thereof, the Contractor warrants that for 1 year after delivery.

(i) All supplies furnished under this contract will be free from defects in material or workmanship and will conform with all requirements of this contract; and

(ii) The preservation, packaging, packing, and marking, and the preparation for, and method of, shipment of such supplies will conform with the requirements of this contract.

(2) When return, correction, or replacement is required, transportation charges and responsibility for the supplies while in transit shall be borne by the Contractor. However, the Contractor's liability for the transportation charges shall not exceed an amount equal to the cost of transportation by the usual commercial method of shipment between the place of delivery specified in this contract and the Contractor's plant, and return.

(3) Any supplies or parts thereof, corrected or furnished in replacement under this clause, shall also be subject to the terms of this clause to the same extent as supplies initially delivered. The warranty, with respect to supplies or parts thereof, shall be equal in duration to that in paragraph (b)(1) of this clause and shall run from the date of delivery of the corrected or replaced supplies.

(4) All implied warranties of merchantability and "fitness for a particular purpose" are excluded from any obligation contained in this contract.

(c) Remedies available to the Government. (1) The Contracting Officer shall give written notice to the Contractor of any breach of warranties in paragraph (b)(1) of this clause within 45 days after discovery of the defect.

(2) Within a reasonable time after the notice, the Contracting Officer may either--

(i) Require, by written notice, the prompt correction or replacement of any supplies or parts thereof (including preservation, packaging, packing, and marking) that do not conform with the requirements of this contract within the meaning of paragraph (b)(1) of this clause; or

(ii) Retain such supplies and reduce the contract price by an amount equitable under the circumstances.

(3)(i) If the contract provides for inspection of supplies by sampling procedures, conformance of supplies or components subject to warranty action shall be determined by the applicable sampling procedures in the contract. The Contracting Officer--

(A) May, for sampling purposes, group any supplies delivered under this contract;

(B) Shall require the size of the sample to be that required by sampling procedures specified in the contract for the quantity of supplies on which warranty action is proposed;

(C) May project warranty sampling results over supplies in the same shipment or other supplies contained in other shipments even though all of such supplies are not present at the point of reinspection; provided, that the supplies remaining are reasonably representative of the quantity on which warranty action is proposed; and

(D) Need not use the same lot size as on original inspection or reconstitute the original inspection lots.

(ii) Within a reasonable time after notice of any breach of the warranties specified in paragraph (b)(1) of this clause, the Contracting Officer may exercise one or more of the following options:

(A) Require an equitable adjustment in the contract price for any group of supplies.

(B) Screen the supplies grouped for warranty action under this clause at the Contractor's expense and return all nonconforming supplies to the Contractor for correction or replacement.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

(C) Require the Contractor to screen the supplies at locations designated by the Government within the continental United States and to correct or replace all nonconforming supplies.

(D) Return the supplies grouped for warranty action under this clause to the Contractor (irrespective of the f.o.b. point or the point of acceptance) for screening and correction or replacement.

(4)(i) The Contracting Officer may, by contract or otherwise, correct or replace the nonconforming supplies with similar supplies from another source and charge to the Contractor the cost occasioned to the Government thereby if the Contractor--

(A) Fails to make redelivery of the corrected or replaced supplies within the time established for their return; or

(B) Fails either to accept return of the nonconforming supplies or fails to make progress after their return to correct or replace them so as to endanger performance of the delivery schedule, and in either of these circumstances does not cure such failure within a period of 10 days (or such longer period as the Contracting Officer may authorize in writing) after receipt of notice from the Contracting Officer specifying such failure.

(ii) Instead of correction or replacement by the Government, the Contracting Officer may require an equitable adjustment of the contract price. In addition, if the Contractor fails to furnish timely disposition instructions, the Contracting Officer may dispose of the nonconforming supplies for the Contractor's account in a reasonable manner. The Government is entitled to reimbursement from the Contractor, or from the proceeds of such disposal, for the reasonable expenses of the care and disposition of the nonconforming supplies, as well as for excess costs incurred or to be incurred.

(5) The rights and remedies of the Government provided in this clause are in addition to and do not limit any rights afforded to the Government by any other clause of this contract.

(6) The Contractor shall be liable for the reasonable costs of disassembly and/or reassembly of larger items when it is necessary to remove the supplies to be inspected and/or returned for correction or replacement.

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

------------------------------------------------------------

------------------------------------------------------------

[Insert one or more Internet addresses]

52.252-4    ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

52.253-1    COMPUTER GENERATED FORMS (JAN 1991)

(a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.


52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any _____ (48 CFR _____) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.


252.232-7006    REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)

(a) 10 U.S.C. 2307(e) permits the head of the agency to reduce or suspend further payments to the Contractor upon a written determination by the agency head that substantial evidence exists that the Contractor's request for advance, partial, or progress payments is based on fraud. The provisions of 10 U.S.C. 2307(e) are in addition to any other rights or remedies provided the Government by law or under contract.

(b) Actions taken by the Government in accordance with 10 U.S.C. 2307(e) shall not constitute an excusable delay under the Default clause of this contract or otherwise relieve the Contractor of its obligations to perform under this contract.


252.243-7000    ENGINEERING CHANGE PROPOSALS (JUL 1997)

(a) The Contracting Officer may ask the Contractor to prepare engineering change proposals for engineering changes within the scope of this contract. Upon receipt of a written request from the Contracting Officer, the Contractor shall prepare and submit an engineering change proposal in accordance with the instructions of MIL-STD-973, in effect on the date of contract award.

(b) The Contractor may initiate engineering change proposals. Contractor initiated engineering change proposals shall include a "not to exceed" price* or a "not less than" price* and delivery adjustment. If the Contracting Officer orders the engineering change, the increase shall not exceed nor the decrease be less than the "not to exceed" or "not less than" amounts**.

When the price** of the engineering change is $500,000 or more, the Contractor shall submit--

A completed SF 1411, Contract Pricing Proposal Cover Sheet (Cost or Pricing Data Required); and

(2) At the time of agreement on price*, or on another date agreed upon between the parties, a signed

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680          33
Columbia, MD 21044-3585

Certificate of Current Cost or Pricing Data.

252.243-7001    PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, in effect on the date of this contract, apply.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

34

SECTION K Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY REFERENCE:

CLAUSES INCORPORATED BY FULL TEXT

52.203-2    CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contradictory to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as an agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above ___Bruce P. Windesheim_____ (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

52.203-8    CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585  35

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27 (a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

52.203-11    CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this Certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,--

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c)  Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

52.204-3    TAXPAYER IDENTIFICATION (JUN 1997)

(a) Definitions.

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

* TIN: _52-2007026_ .

* TIN has been applied for.

* TIN is not required because:

* Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

* Offeror is an agency or instrumentality of a foreign government;

* Offeror is an agency or instrumentality of a Federal, state, or local government;

* Other. State basis._____

(d) Corporate Status.

* Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

* Other corporate entity;    YES

* Not a corporate entity:

* Sole proprietorship

* Partnership

* Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

37

* Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* Name and TIN of common parent:

Name BRUHN NewTech International A/S

TIN N/A

(End of provision)


52.204-5    WOMEN-OWNED BUSINESS.  (OCT 1995)

(a) Representation.  The offeror represents that it [ ] is, [x] is not a women-owned business concern.

(b) Definition.  "Women-owned business concern," as used in this provision, means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.


52.204-6    CONTRACTOR IDENTIFICATION NUMBER--DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (DEC 1996)

(a)  Contractor Identification Number, as used in this provision, means ``Data Universal Numbering System (DUNS) number," which is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b)  Contractor identification is essential for complying with statutory contract reporting requirements.  Therefore, the offeror is requested to enter, in the block with its name and address on the Standard Form 33 or similar document, the annotation ``DUNS" followed by the DUNS number which identifies the offeror's name and address exactly as stated in the offer.

(c)  If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information: (1) Company name.    (2) Company address.    (3) Company telephone number.    (4) Line of business.    (5) Chief executive officer/key manager.    (6) Date the company was started.    (7) Number of people employed by the company.    (8) Company affiliation.

(d)  Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.dbisna.com/dbis/customer/custlist .htm. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@dbisma.com.


52.207-4    ECONOMIC PURCHASE QUANTITY--SUPPLIES (AUG 1987)

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

N/A

Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

|  |  | OFFEROR RECOMMENDATIONS PRICE |  |
| --- | --- | --- | --- |
| ITEM | QUANTITY | QUOTATION | TOTAL |

N/A

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.


52.209-5   CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are [ ] are not [X] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [X], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are [ ] are not [X] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has [ ] has not [X], within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to

contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

52.215-6    PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, {time} intends, {time}X does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks ``intends'' in paragraph (a) of this provision, it shall insert in the following spaces the required information:

```
----------------------------------------------------------------
Place of performance (street    Name and address of owner and
address, city, state, county, zip    operator of the plant or facility
          code)                  if other than offeror or respondent
----------------------------------------------------------------
    N/A            ..............    _____
_____   ..............   _____
_____                    _____
----------------------------------------------------------------
```

52.215-11    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) This clause shall become operative only for any modification to this contract involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, except that this clause does not apply to any modification if an exception under FAR 15.403-1 applies.

(b) If any price, including profit or fee, negotiated in connection with any modification under this clause, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be

modified to reflect the reduction. This right to a price reduction is limited to that resulting from defects in data relating to modifications for which this clause becomes operative under paragraph (a) of this clause.

(c) Any reduction in the contract price under paragraph (b) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which--

(1) The actual subcontract; or

(2) The actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(d)(1) If the Contracting Officer determines under paragraph (b) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted.

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer.

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract.

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (d)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the ``as of'' date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the ``as of'' date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the ``as of'' date specified on its Certificate of Current Cost or Pricing Data.

(e) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data that were incomplete, inaccurate, or noncurrent.

52.215-20    REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation , access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

52.219-1   SMALL BUSINESS PROGRAM REPRESENTATIONS (FEB 1998)

(a)(1) The standard industrial classification (SIC) code for this acquisition is
_____ (insert SIC code).

(2) The small business size standard is _____ (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it [   ] is, [X] is not a small business concern.

(2) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this provision.) The offeror represents as part of its offer that it [   ] is, [   ] is not a small disadvantaged business concern.

(3) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this provision.) The offeror represents as part of its offer that it [   ] is, [   ] is not a women-owned small business concern.

(c)  Definitions.  "Joint venture," for purposes of a small disadvantaged business (SDB) set-aside or price evaluation preference (as prescribed at 13 CFR 124.321), is a concern that is owned and controlled by one or more socially and economically disadvantaged individuals entering into a joint venture agreement with one or more business concerns and is considered to be affiliated for size purposes with such other concern(s). The combined annual receipts or employees of the concerns entering into the joint venture must meet the applicable size standard corresponding to the SIC code designated for the contract. The majority of the venture's earnings must accrue directly to the socially and economically disadvantaged individuals in the SDB concern(s) in the joint venture. The percentage of the ownership involvement in a joint venture by disadvantaged individuals must be at least 51 percent.*

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Small disadvantaged business concern," as used in this provision, means a small business concern that (1) is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals, and (2) has its management and daily business controlled by one or more such individuals. This term also means a small business concern that is at least 51 percent unconditionally owned by an economically disadvantaged Indian tribe or Native Hawaiian Organization, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more of these entities, which has its management and daily business controlled by members of an economically disadvantaged Indian tribe or Native Hawaiian Organization, and which meets the requirements of 13 CFR Part 124.

"Woman-owned small business concern," as used in this provision, means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small or small disadvantaged business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.


## 52.222-22    PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)

The offeror represents that --

(a) [ ] It has, [x] has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) [ ] It has, [X] has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.


## 52.222-25    AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that (a) [ ] it has developed and has on file, [X] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.


## 52.227-15    REPRESENTATION OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE (JUN 1987)

(a) This solicitation sets forth the work to be performed if a contract award results, and the Government's known delivery requirements for data (as defined in FAR 27.401). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16 of the FAR, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data--General clause at 52.227-14 that is to be included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data in lieu thereof. The latter clause also may be used with its Alternates II and/or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b) As an aid in determining the Government's need to include any of the aforementioned Alternates in the clause at 52.227-14, Rights in Data--General, the offeror's response to this solicitation shall, to the extent feasible, complete the representation in paragraph (b) of this provision to either state that none of the data

qualify as limited rights data or restricted computer software, or identify which of the data qualifies as limited rights data or restricted computer software. Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of such data should a contract be awarded to the offeror.

REPRESENTATION CONCERNING DATA RIGHTS

Offeror has reviewed the requirements for the delivery of data or software and states (offeror check appropriate block)--

* None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software.

* Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

Restricted Computer Software:  BRUHN NewTech

NBC-ANALYSIS will be supplied to fulfill

line items 0001, 0005, 0006, 0007,

0008, 0009, 0010, 0010AA and 0010AB.

NOTE: "Limited rights data" and "Restricted computer software" are defined in the contract clause entitled "Rights In Data--General."


252.209-7001    DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 1994)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or

other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.


252.227-7028    TECHNICAL DATA OR COMPUTER SOFTWARE PREVIOUSLY DELIVERED TO THE GOVERNMENT (JUN 1995)

The Offeror shall attach to its offer an identification of all documents or other media incorporating technical data or computer software it intends to deliver under this contract with other than unlimited rights that are identical or substantially similar to documents or other media that the Offeror has produced for, delivered to, or is obligated to deliver to the Government under any contract or subcontract. The attachment shall identify--

(a) The contract number under which the data or software were produced;

(b) The contract number under which, and the name and address of the organization to whom, the data or software were most recently delivered or will be delivered; and

(c) Any limitations on the Government's rights to use or disclose the data or software, including, when applicable, identification of the earliest date the limitations expire.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585          46

SECTION L Instructions, Conditions and Notices to Bidders

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.214-34 | Submission Of Offers In The English Language | APR 1991 |
| 52.215-5 | Facsimile Proposals | OCT 1997 |
| 52.215-7 | Annual Representations and Certifications--Negotiation | OCT 1997 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-9 | Changes or Additions to Make-or-Buy Program | OCT 1997 |
| 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-16 | Contract Award | OCT 1995 |
| 252.217-7026 | Identification of Sources of Supply | NOV 1995 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-14    NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be [ ] DX rated order; [ x ] DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation. [Contracting Officer check appropriate box.]

252.204-7001    COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (DEC 1991)

(a) The Offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter CAGE before the number.

(b) If the Offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Services Center (DLSC). The Contracting Officer will--

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLSC; and (3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

# PURCHASE DESCRIPTION
# FOR THE
# JOINT WARNING AND REPORTING NETWORK
# (JWARN) PROGRAM (PHASE I)

Marine Corps Systems Command
Combat Support and Logistics Equipment
Quantico, VA 22134-5080
January 1998

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

## Table of Contents

1.0   **SCOPE** ......................................................................................................................... 3

2.0   **APPLICABLE DOCUMENTS** .......................................................................................... 3

3.0   **REQUIREMENTS** ............................................................................................................ 3

    3.1   DEFINITION. ................................................................................................................... 3
    3.2   CHARACTERISTICS ......................................................................................................... 3
    3.3   DELIVERABLES .............................................................................................................. 4
    3.4   OPTIONS ....................................................................................................................... 5
        3.4.1   *Option 1:* ........................................................................................................ 5
        3.4.2   *Option 2:* ........................................................................................................ 5
        3.4.3   *Option 3:* ........................................................................................................ 5
        3.4.4   *Option 4* ......................................................................................................... 5
        3.4.5   *Option 5* ......................................................................................................... 6
        3.4.6   *Option 6* ......................................................................................................... 6
        3.4.7   *Option 7* ......................................................................................................... 6

4.0   **VERIFICATIONS** ............................................................................................................ 6

    4.1   PRODUCT CERTIFICATION ............................................................................................... 6
    4.2   GOVERNMENT TESTING .................................................................................................. 6

**APPENDIX A** ............................................................................................................…….... 7

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

PURCHASE DESCRIPTION
FOR THE
SOFTWARE COMPONENT
OF THE
JOINT WARNING AND REPORTING NETWORK (JWARN)
PROGRAM (PHASE-I)

# 1.0 SCOPE

This purchase description provides the necessary attributes of a Nuclear, Biological, and Chemical Joint Warning and Reporting Network (JWARN) software application.
The JWARN will provide uniform integration and analysis of Nuclear, Biological, and Chemical (NBC) detection information. The system will operate on the battlefield and will provide an automated NBC warning and reporting process for the Army, Navy, Air Force, and Marine Corps.

# 2.0 APPLICABLE DOCUMENTS

JWARN Statement of Work (SOW)

# 3.0 REQUIREMENTS

## 3.1 Definition

For the purpose of this purchase description, the JWARN Phase I commercial software consists of the Bruhn NewTech NBC Analysis software.

## 3.2 Characteristics

The primary functions of JWARN software shall be the prediction, analysis, warning, and reporting of NBC hazards based on the information provided by users and other reliable sources via operator input. JWARN software shall be capable of providing the operator and commander with a rapid and easily understandable overview of the NBC situation in their area of operations. The system shall analyze, predict, report, and graphically portray NBC agent detection, identification, location, and warning information.  The NBC Analysis software shall:

a.    Provide the operator or commander with an immediate and easily understandable graphics overview (map and text) of the NBC hazard situation.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

b.  Display and print effects overlays resulting from NBC related attacks at discrete time intervals.

c.  Through operator input; store, modify, retrieve, and display data on weather, terrain, unit locations, and sources of the NBC attack.

d.  Contain a data communication module that enables the operator to transfer NBC hazard information to other JWARN users.

e.  Contain an NBC exercise mode that will provide realistic "what if" scenarios. This exercise mode will not interfere with the operator's ability to manipulate NBC information during an actual operation (in a hostile NBC environment).

f.  Comply with the current version of the North Atlantic Treaty Organization (NATO) document Allied Technical Publication - 45 (ATP-45 "Reporting Nuclear Detonations, Biological and Chemical Attacks, and Predictions and Warnings of Associated Hazard Areas").

g.  Automatically provide hazard Estimated Times of Arrival (ETAs) to unit locations.

h.  Provide a function, which enables the operator to edit NBC reports and hazard predictions.

i.  Display and transfer military unit symbols.

j.  Operate on all existing Disk Operating System (DOS) computer platforms.

k.  Perform the necessary translations to use NIMA mapping.

## 3.3   Deliverables

All products/materials (training, media, support, etc.), as stated above and further defined in the JWARN SOW, are considered deliverables. The contractor shall:

a. Provide six master copies of the application on industry standard media to facilitate additional reproduction and distribution. The software will have an unlimited license and NOT require the use of any security keys.

4

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

b. Provide six paper copies and an electronic copy of the user manual(s), version description documents, and all other software description documents along with a copyright release for each. This will facilitate further training, reproduction or fielding of the software to U.S. agencies.

## 3.4   Options

### 3.4.1   Option

a. The software shall fulfill the characteristics of section 3.2 above (with the exception of 3.2.j -- DOS operation).

b. The software shall be capable of NBC Battlefield Management functions for planning and management or smoke, flame field expedient, and decontamination operations.

c. The software shall provide the capability to perform chemical casualty assessments, perform Mission Oriented Protection Posture/heat stress analysis, prepare NBC situation reports, and prepare operational plans, operational orders, and fragmentary orders.

d. The software shall operate on the US Army Maneuver Control System/Phoenix (MCS/P).

### 3.4.2   Option

a. The software shall fulfill the characteristics of section 3.2 above (with the exception of 3.2.j – DOS operation).

b. The software shall fulfill the characteristics and functionality of section 3.4.1 (with the exception of 3.4.1.d – MCS/P operation).

c. The software shall operate in a WIN32 environment.

### 3.4.3   Option :

The contractor shall upgrade the national license, as defined in section 3.1.3, to include the current WIN32 version.

### 3.4.4   Option :

The contractor shall provide the source code for the NBC Analysis DOS software, 3.4.1 software, and 3.4. 2 software.

3.4.5   Option :

The contractor shall provide a two year software maintenance/technical support agreement (centering on software upgrades) for all deliverable software.  Initiation of the two year software maintenance/technical support agreement will occur upon software delivery.

3.4.6   Option

All software shall be capable of interfacing to the US Army Multi-purpose Integrated Chemical Agent Detector system.

3.4.7   Option

All software shall be capable of interfacing to the US Navy Port Airbase Biological Advanced Concept Demonstration Detector.

## 4.0  VERIFICATIONS

### 4.1  Product Certification

Concurrent with delivery of the NBC Analysis software, Option 1 software, and Option 2 software, the contractor shall provide certification that the software has been validated and verified (operationally or through formal methods) and meets the requirements of this purchase description.  Also, a listing of current software problems (e.g., bugs) and the effect on the program's operation shall be provided.

### 4.2  Government Testing

The Government reserves the right to conduct tests on NBC Analysis software to verify purchase description requirements, including any options exercised.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD  21044-3585

## APPENDIX A

Acronyms and Definitions

| | |
|---|---|
| ATP-45 | Allied Tactical Publication - 45 |
| JWARN | Joint Warning and Reporting Network |
| JMCIS | Joint Maritime Command Information System |
| MCS/P | Maneuver Control System/Phoenix |
| NATO | North Atlantic Treaty Organization |
| NBC | Nuclear, Biological, and Chemical |

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

# STATEMENT OF WORK
# FOR THE
# JOINT WARNING AND REPORTING NETWORK
# (JWARN)  PROGRAM (PHASE I)

Marine Corps Systems Command
Combat Support and Logistics Equipment
Quantico, VA 22134-5080
January 1998

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

# Table of Contents

1.0 INTRODUCTION .................................................................................................................3

  1.1 SCOPE. ...............................................................................................................................3

2.0 APPLICABLE DOCUMENTS ..............................................................................................3

3.0 REQUIREMENTS .................................................................................................................3

  3.1 PRODUCTION .....................................................................................................................3

    3.1.1 *Program Management* ..............................................................................................3

    3.1.2   *Deliver NBCA Software to Marine Corps Tactical Systems Support Agency* ........3

    3.1.3   *License for NBCA Software* .....................................................................................4

    3.1.4.1 *Instructor and Key Personnel (I&KP) Training* .....................................................4

    3.1.4.2 *Training Materials* .................................................................................................4

    3.1.5   *Technical Publications* ............................................................................................4

    3.1.5.1 *Manual Validation* .................................................................................................4

    3.1.5.2 *Manual Change Pages* ...........................................................................................4

    3.1.5.3 *Copyrighted Materials* ...........................................................................................4

    3.1.5.4 *Supplemental Data (Option)* ..................................................................................5

    3.1.6   *Certification* ............................................................................................................5

  3.2 DELIVERABLES ..................................................................................................................5

  3.3 OPTIONS .............................................................................................................................5

    3.3.1   *Option 1:* ................................................................................................................5

    3.3.2   *Option 2:* ................................................................................................................5

    3.3.3   *Option 3:* ................................................................................................................5

    3.3.4   *Option 4:* ................................................................................................................5

    3.3.5   *Option 5:* ................................................................................................................5

    3.3.6   *Option 6:* ................................................................................................................6

    3.3.7   *Option 7:* ................................................................................................................6

4.0 VERIFICATIONS .................................................................................................................6

  4.1 PRODUCT CERTIFICATION ..................................................................................................6

  4.2 GOVERNMENT TESTING ......................................................................................................6

APPENDIX A ................................................................................................................................7

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

### STATEMENT OF WORK
### FOR THE
### COMMERCIAL-OFF-THE-SHELF SOFTWARE COMPONENT
### OF THE
### JOINT WARNING AND REPORTING NETWORK
### (JWARN) PROGRAM (PHASE I)

## 1.0 INTRODUCTION

The Joint Warning and Reporting Network (JWARN) software will provide uniform integration and analysis of Nuclear, Biological, and Chemical (NBC) detection information. The system will operate on the battlefield and will automate NBC warning and reporting for the Army, Navy, Air Force, and Marine Corps.

## 1.1 SCOPE.

This Statement of Work (SOW) describes the tasks to be performed by the contractor, Bruhn NewTech, in the delivery of the commercial software component of JWARN, the NBC Analysis program, and subsequent post-fielding support. Tasks shall include, but are not limited to, the delivery of the NBC analysis (NBCA) software packages, software maintenance and upgrades, contractor support, and training.

## 2.0 APPLICABLE DOCUMENTS

JWARN Purchase Description (PD)
ANBACIS Software          To be furnished by Government when required by performance.
MICAD Software            To be furnished by Government when required by performance.
Port Airbase ACTD Software To be furnished by Government when required by performance.

## 3.0 REQUIREMENTS

The Contractor shall perform the tasks listed below.

### 3.1 Production

#### 3.1.1 Program Management
The Contractor shall be responsible for the coordination of all Contractor activities related to the contract.

#### 3.1.2 Deliver NBCA Software to Marine Corps Tactical Systems Support Agency
The contractor shall deliver the NBC Analysis Software packages (license, media, documents) to the Marine Corps Tactical Systems Support Agency (MCTSSA) in accordance with the

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

requirements listed in the JWARN PD.

### 3.1.3 License for NBCA Software

The contractor shall provide unlimited distribution and usage rights for U.S. personnel working for U.S. government departments, organizations and agencies.

### 3.1.4 Training

The contractor shall provide the training support listed below.

### 3.1.4.1 Instructor and KeyPersonnel (I&KP) Training

The contractor shall conduct a two-week operator training session and provide training materials for 20 personnel. All sessions will be conducted at MCTSSA. Class times are TBD, but will accommodate the services requirements.

### 3.1.4.2 Training Materials

The contractor shall provide training materials (in paper and electronic versions) in accordance with a Department of Defense format (provided by MCTSSA) to include, as a minimum, course schedules, lesson plans, learning objectives, student handouts, and instructional material.

### 3.1.5 Technical Publications

The Contractor shall provide a commercial operator's technical manual for the NBCA for Government review and approval. The commercial operator's manual shall describe the installation, operation and troubleshooting of the NBCA. This type of manual is normally published and stocked by the manufacturer under normal operating procedures and is made available to the purchasers of the product. Additionally, the manual and related functional description documents shall be delivered in electronic format.

### 3.1.5.1 Manual Validation

The contractor shall validate the commercial operator's technical manual and supplementary material to ensure current functionality has been included prior to the Government's Verification Test. All changed or new material shall be revalidated during the Verification Test.

### 3.1.5.2 Manual Change Pages

The contractor shall provide change pages to the manuals as changes occur in the same quantities as the basic manual submission. The Government requires notification of all changes and revisions to the manual during the expected life of the equipment. Notice of new models or versions, when they are available, are also required for Government information.

### 3.1.5.3 Copyrighted Materials

The contractor shall identify copyrighted material and shall obtain written approval from the copyright owner to give the Government permission to reproduce and use copyrighted information for Government use only. When a contractor uses a manual which covers a vendor's components or a portion thereof and the vendor's manual contains copyrighted material, the contractor shall be responsible for obtaining a copyright release from the vendor and providing the copyright release to the Government.

BRHHN New Tech. Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

### 3.1.5.4 Supplemental Data

Should commercial manuals require supplementation for government acceptance, the contractor shall prepare supplementary material using MIL-STD-7298 as a guide.

### 3.1.6 Certification

The contractor shall certify that the NBC Analysis Software meets all requirements specified in Section 3.2 of the JWARN PD. The Contractor shall provide the required certification and related documentation concurrent with delivery of the software.

## 3.2 Deliverables

Training materials, software media, documents/manuals etc. as stated in the previous sections or as specified in the JWARN PD.

## 3.3 Options

### 3.3.1 Option:

The contractor shall integrate NBC Battlefield Management functions from the Automated Nuclear, Biological, and Chemical Information System (ANABCIS) into the NBC Analysis software. The contractor shall deliver a UNIX version of this integrated software which will operate on the US Army Maneuver Control System/Pheonix (MCS/P) baseline command and control system. The contractor shall provide the same support for this integrated software package as outlined in section 3.1 of this SOW. IKPT for this integrated software package will occur at the US Army Chemical School in Alabama. Additionally, the contractor shall support the Army MCS/P qualification process.

### 3.3.2 Option:

The contractor shall deliver a WIN32 (Microsoft Windows NT/95) version of the integrated software package and functionality, defined in 3.3.1, no later than 240 days after contract award. The contractor shall provide the same support for this integrated software package as outlined in section 3.1 (except paragraph 3.1.3)

### 3.3.3 Option :

The contractor shall upgrade the national license, as defined in section 3.1.3, to include option 3.3.1 and option 3.3.2.

### 3.3.4 Option :

The contractor shall provide the source code for the NBC Analysis DOS software, Option 3.3.1 software, and Option 3.3.2 software (priced seperately).

### 3.3.5 Option :

The contractor shall provide a two year software maintenance/technical support agreement (upgrades and maintenance) for all deliverable software.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

### 3.3.6 Option 6:

The contractor shall provide the NBC Analysis software, Option 1 software, and Option 2 software with appropriate software modules which allows interface to the US Army Mulipurpose Integrated Chemical Agent Detector system.

### 3.3.7 Option 7:

The contractor shall provide the NBC Analysis software, Option 1 software, and Option 2 software with appropriate software modules which allows interface to the US Navy Port Airbase Biological Advanced Concept Technology Demonstration Detector.

## 4.0 VERIFICATIONS

### 4.1 Product Certification

Concurrent with delivery of the NBC Analysis software, Option 1 software, and Option 2 software the contractor shall provide certification that the software has been validated and verified (operationally or through formal methods) and meets the requirements of this SOW. Additionally, a listing of current software problems (e.g., bugs) and the effect on the program's operation shall be provided.

### 4.2 Government Testing

The Government reserves the right to conduct tests on the NBC Analysis software to verify the PD and SOW requirements, including any options exercised.

10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

# APPENDIX A

**List of Acronyms**

| | |
|---|---|
| I&KPT | Instructor and Key Personnel Training |
| JWARN | Joint Warning and Reporting Network |
| MARCORSYSCOM | Marine Corps Systems Command |
| MCS/P | Maneuver Control System/Pheonix |
| MCTSSA | Marine Corps Tactical Systems Support Activity |
| MICAD | Multi-Integrated Chemical Agent Detector |
| MIL-STD | Military Standard |
| NBC | Nuclear, Biological, and Chemical |
| PD | Purchase Description |
| SOW | Statement of Work |

| CONTRACT DATA REQUIREMENTS LIST<br>*(1 Data Item)* | | | Form Approved<br>OMB No. 0704-0188 | | |
|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT<br>A | C. CATEGORY:<br>TDP _____ TM _____ OTHER _____ X |
|---|---|---|

| D. SYSTEM/ITEM<br>JWARN | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

| 1. DATA ITEM NO.<br>A001 | 2. TITLE OF DATA ITEM<br>COURSE CONDUCT INFORMATION PACKAGE | 3. SUBTITLE |
|---|---|---|

| 4. AUTHORITY *(Data Acquisition Document No.)*<br>DI-ILSS-81522 | 5. CONTRACT REFERENCE<br>3.1.4.2 | 6. REQUIRING OFFICE<br>MARCORSYSCOM (CSLENBC) |
|---|---|---|

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ<br>DD | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY<br>ONE/R | 12. DATE OF FIRST SUBMISSION<br>SEE BLK 16 |
|---|---|---|---|

| 8. APP CODE<br>A | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION<br>SEE BLK 16 |
|---|---|---|---|

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final | |
| | | Reg | Repro |
| MarCorSysCom | | | |
| (CSLENBC) | 2 | 2 | |
| (SST) | 1 | 1 | |
| MCCDC (C467) | 2 | 2 | 1 |
| | | | |
| **15. TOTAL** → | **5** | **5** | **1** |

**16. REMARKS**

BLK 4 - Delete the following paragraphs from DI-ILSS-81522:  10.1, 10.3, 10.3.1, 10.3.2, 10.3.2.1, 10.3.2.2, 10.3.2.3, 10.3.2.4, 10.3.2.5 10.3.2.6, 10.3.2.7, 10.3.2.8, 10.3.2.9, 10.3.2.10, 10.3.3, 10.3.3.1, 10.3.3.2, 10.3.3.2.1, 10.3.3.2.2, 10.3.3.2.3, 10.3.4.1, 10.3.4.2, (a) through (c) and (e) through (o), 10.3.5, 10.3.5.1, 10.3.5.2, 10.3.5.3, 10.3.5.4, 10.3.5.5, 10.3.5.6, 10.3.5.7.

BLK 12 & 13 - Contractor shall submit all initial Commercial-Off-The-Shelf (COTS) Training Materials  30 days after contract award.  The Government requires 30 days for review and approval.  Any changes resulting from Government review or Government Verification Testing shall be incorporated and final training material provided within 30 days following Government Verfication Test Training. Final Government approved training materials shall be provided in  current Microsoft Office 97 for Windows 95 format.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, JUN 90 (EG)          *Previous editions are obsolete.*          Page ____ of ____ Pages

Designed using Perform Pro, May 94

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | B | TDP _____ TM _____ OTHER ____X____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| JWARN | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| B001 | COMMERCIAL-OFF-THE-SHELF MANUAL | OPERATORS MANUAL | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| DI-TMSS 80527 | 3.1.5 | MARCORSYSCOM (CSLENBC) | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| DD | | ONE/R | SEE BLK 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| A | | | SEE BLK 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| BLK 12 & 13 - Contractor shall submit Commercial-Off-The-Shelf (COTS) operators technical manual within 14 days after contract award. | MarCorSysCom | | |
| | (CSLENBC) | 1 | 2 |
| | (PSD-M2) | 1 | 1 |
| | MCLBA (835-2) | 1 | 1 |
| | MCLBA (835-4) | 1 | 1 |
| | MCLB (876) STK | | 70 |
| | 15. TOTAL ⟶ | 4 | 75 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

| DD Form 1423-1, JUN 90 (EG) | *Previous editions are obsolete.* | Page ____ of ____ Pages |
|---|---|---|
| | | Designed using Perform Pro, May 94 |

| CONTRACT DATA REQUIREMENTS LIST *(1 Data Item)* | | Form Approved OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT C | C. CATEGORY: TDP _____ TM _____ OTHER _____ X |
|---|---|---|

| D. SYSTEM/ITEM JWARN | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

| 1. DATA ITEM NO. C001 | 2. TITLE OF DATA ITEM SUPPLEMENTAL DATA FOR COTS MANUAL | 3. SUBTITLE |
|---|---|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* DI-TMSS 80528 | 5. CONTRACT REFERENCE 3.1.5.4 | 6. REQUIRING OFFICE MARCORSYSCOM (CSLENBC) |
|---|---|---|

| 7. DD 250 REQ DD | 8. DIST STATEMENT REQUIRED | 10. FREQUENCY ONE/R | 12. DATE OF FIRST SUBMISSION SEE BLK 16 | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| 9. APP CODE A | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION SEE BLK 16 | a. ADDRESSEE | b. COPIES | | |
| | | | | | Draft | Final Reg | Final Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| BLK 12 & 13 - Supplemental data shall be submitted 30 days after receipt of notification by the Government. The Government requires 45 days for review/approval of the supplemental data. Contractor shall incorporate Government comments and resubmit for Government review and final approval 30 days after receipt of Government comments. Contractor shall deliver final supplemental data in current Microsoft Office 97 for Windows 95. This is an Option item. | MarCorSysCom (CSLENBC) | 2 | 2 | |
| | (PSD-M2) | 1 | 1 | |
| | MCLBA (835-2) | 1 | 1 | |
| | MCLBA (835-4) | 1 | 1 | |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL → | 5 | 5 | |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

**DD Form 1423-1, JUN 90 (EG)**   *Previous editions are obsolete.*   Page ___ of ___ Pages
Designed using Perform Pro, May 94

04/17/98

BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

RFP M67854-98-R-2076 Supplement to Terms & Conditions

---

In accordance with FAR 52-227-19, BRUHN NewTech, Inc. will place the following legend on the software.

NOTICE!

COMMERCIAL COMPUTER SOFTWARE

RESTRICTED RIGHTS

Notwithstanding any other lease or license agreement that may pertain to, or accompany the delivery of, this computer software, the rights of the Government regarding its use, reproduction and disclosure are as set forth in Government Contract No. M67854-98-C-2076.

---

LICENSE AGREEMENT

(Supplement to FAR 52.227-19)

All software to be delivered under this contract including source codes, is commercial computer software subject to restricted rights specified in FAR 52.227-19 "Commercial Computer Software – Restricted Rights" with the following additions to that clause:

1.    The Government may make an unlimited number of copies of the software and may distribute and use the software in any computers owned or leased by the Government and operated by the U.S. Government personnel working for U.S. Government departments, organizations and agencies.

2.    The Government's use of the software shall be limited to use in fulfillment of functions of the Government of the United States.

3.    The Government shall not disclose the software and shall not give, sell, license or otherwise provide copies of the software or use of the software to any third party person or entity including but not limited to members of the public, governments of foreign countries, or international agencies or organizations.

---

04/17/98    2 of 2    BRUHN NewTech, Inc.
10500 Little Patuxent Parkway
Suite 680
Columbia, MD 21044-3585

252-227-7028 (Sol. Page 45). BRUHN NewTech intends to deliver its SW associated manuals with rights enumerated in the RFP and this offer. Matters requiring identification by 252-227-7028 are as follows:

(a)    None. Software was developed at private expense.

(b)    Contract No. F6258998P0188
35TH Contracting Squadron
Unit 5201
APO AE 96319-5281

(c)    Standard commercial SW license limitation and SW Security Key required to operate SW.

---

Ref: CLIN0009. The "Software Upgrade & Maintenance" consists of the following maintenance and updates:

1. No less than a yearly update of the SW, for changes to the existing ATP-45 functions, and for any BRUHN NewTech initiated improvements to the SW.
2. The SW maintenance and updates cover the SW delivered in CLIN0001.
3. The SW maintenance and updates start from the date of acceptance of the CLIN0001 SW.

---

All verifications (SOW para. 4.0) will be done in strict accordance with the BRUHN NewTech AQAP 150 and AQAP 110 (ISO 9001) Quality Assurance Procedures. These procedures include full verification and validation IAW our evolutionary development process.

---

Based on SOW 3.1.2, we will deliver our SW to:

MCTSSA
Attn: DSSD/NBC PO
Box 555171
Camp Pendelton, CA 92055-5171

---