# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *  * <br> **BRUHN NEWTECH, INC., et al.,** <br>  **Plaintiffs,** <br> v. <br> **UNITED STATES,** <br>  **Defendant.** <br> * * * * * * * * * * * * * * * * * * *  * | **No. 16-783C** <br> **Filed: January 17, 2019** |

### O R D E R

On January 11, 2019, the court held a pre-trial conference with the parties in the above-captioned case, during which the court and the parties' discussed defendant's motion to refer copyright registration questions to the Register of Copyrights pursuant to 17 U.S.C. § 411 (2018). In defendant's motion to refer copyright registration questions to the Register of Copyrights, defendant argues that two copyright registrations "claimed by" plaintiff Bruhn NewTech, A/S "contain information known to be inaccurate, and that the inaccuracies are material." As discussed with the parties during the pre-trial conference, defendant's motion to refer copyright registration questions to the Register of Copyrights is **GRANTED**.

The court will refer the parties' questions to the Register of Copyrights by separate Order. As discussed with the parties during the pre-trial conference, and agreed to by the parties, the liability trial scheduled to commence on February 4, 2019 remains as scheduled. Defendant's December 26, 2019 motion to stay the above-captioned case, therefore, is **MOOT**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
 **Judge**