IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRUHN NEWTECH, INC., *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br>THE UNITED STATES,<br><br>  Defendant. | No. 16-783 C<br><br>Senior Judge Marian Blank Horn |

**<u>JOINT STATEMENT OF UNSEALED FILINGS ON THE DOCKET</u>**

Pursuant to the Court Order of January 17, 2019 (ECF 113), Defendant the United States (the Government); Plaintiff Bruhn NewTech, Inc. (BNT-US); and Plaintiff Bruhn NewTech, A/S (BNT-Denmark) (collectively, the Parties) hereby submit their Joint Statement of Unsealed Filings on the Docket.

The Court directed the parties to indicate whether any unsealed filings on the docket should be sealed pursuant to the Second Revised Protective Order (ECF 52-1). The Parties have reviewed the unsealed electronic filings on the docket, and have determined that no unsealed filings should be sealed.

Respectfully submitted,

January 22, 2019

 s/ Steven J. Lewicky*
STEVEN J. LEWICKY
Lewicky, O'Connor, Hunt & Meiser, LLC
8115 Maple Lawn Blvd., Suite 175
Fulton, MD 20759
(410) 489-1996 (Office)
(443) 283-4056 (Facsimile)
slewicky@lohmlaw.com
Attorney for Plaintiffs

*electronically signed with permission*

-1-

January 22, 2019

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

_s/ Scott Bolden_____

Of Counsel:
NICHOLAS KIM
CARRIE ROSATO
Department of Justice

ARTHUR SAMORA
Department of the Navy

SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345