# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *    *
                                      *
BRUHN NEWTECH, INC., et al.,          *
                                      *
            Plaintiffs,               *
                                      *    No. 16-783C
v.                                    *    Filed: February 13, 2019
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * *    *
```

### O R D E R

Trial testimony was heard in the above-captioned case from February 4, 2019 through February 11, 2019. As discussed with the parties, the court sets the following schedule for post-trial briefing: On or before **Monday, March 18, 2019**, plaintiffs shall file a post-trial brief; on or before **Monday, April 15, 2019**, defendant shall file a response to plaintiffs' post-trial brief; and, on or before **Friday, April 26, 2019**, plaintiffs shall file a reply. In all briefs, the parties shall cite to the record before the court, specifically by exhibit number and bates number, as well as to the joint stipulations of facts regarding liability by paragraph numbers. Citations to the transcript shall include the page numbers and line numbers from the transcript.

As also discussed with the parties, the court **SCHEDULES** closing argument for the trial in the above-captioned case for **Wednesday, May 8, 2019, at 10:30 a.m., EDT**, at the National Courts Building, 717 Madison Place NW, Washington, D.C., 20439. The courtroom number will be posted on the day of the closing argument.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**